FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 09, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOUGLAS KUYKENDALL,<br><br>                Plaintiff,<br><br>v.<br><br>LES SCHWAB TIRE CENTERS OF WASHINGTON, INC.,<br><br>                Defendant. | No.   2:20-cv-00154-SMJ<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

**IT IS HEREBY ORDERED**:

**1.** The parties' Stipulated Protective Order, **ECF No. 20**, is **GRANTED** under Federal Rule of Civil Procedure 26(c).

**2.** The parties' proposed protective order, **ECF No. 20**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 9th day of April 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER ADOPTING STIPULATED PROTECTIVE ORDER – 1