FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 12, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOUGLAS KUYKENDALL,<br><br>    Plaintiff,<br><br>    v.<br><br>LES SCHWAB TIRE CENTERS OF WASHINGTON, INC.,<br><br>    Defendant. | NO. 2:20-CV-00154-SAB<br><br>**ORDER DISMISSING ACTION** |

    Before the Court is the parties' Stipulated Motion to Dismiss, ECF No 138. The motion was heard without oral argument. Plaintiff is represented by Matthew Crotty and Michael Love. Defendant is represented by Breanne Lynch, Nina Stroesen, and Ryan Hammond.

    The parties ask the Court to dismiss the above-captioned matter with prejudice and without costs or attorneys' fees to any party.

//
//
//
//
//
//
//
//

**ORDER DISMISSING ACTION ~ 1**

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulated Motion to Dismiss, ECF No 138, is **GRANTED**.

2. The above-captioned case is **dismissed** with prejudice and without costs or attorneys' fees to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel and **close** the file.

**DATED** this 12th day of November 2024.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION ~ 2**